AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Desa Industries, Inc. d/b/a World Patent Marketing | ) ) ) ) ) ) ) ) ) ) ) ) | **15-CV-24001-Cooke/Torres** <br> Civil Action No. 1:15-cv-24001 |
| *Plaintiff(s)* | | |
| v. | | |
| Idea Buyer, LLC and Eric Corl | | |
| *Defendant(s)* | | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IDEA BUYER, LLC
Dinsmore Agent Co., Registered Agent
191 W. Nationwide Blvd., Suite 300
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Isaac S. Lew, Esq.
EGOZI & BENNETT, P.A.
2999 NE 191st St., Suite 407
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **October 27, 2015**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Desa Industries, Inc. d/b/a World Patent Marketing | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | **15-CV-24001-Cooke/Torres** |
| v. | ) | Civil Action No. 1:15-cv-24001 |
| Idea Buyer, LLC and Eric Corl | ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ERIC CORL
2430 Saint Paris Pike, #3
Springfield, OH 45504


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Isaac S. Lew, Esq.
EGOZI & BENNETT, P.A.
2999 NE 191st St., Suite 407
Aventura, FL 33180


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Date:  **October 27, 2015**



s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

SUMMONS